IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY D. JUSTICE II,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>CORE-MARK HOLDING COMPANY,<br>INC., et al.,<br><br>　　　　　　　　Defendants. | CIVIL ACTION<br>NO. 21-3584 |

## ORDER

**AND NOW**, this 23rd day of August 2021, upon receipt of Plaintiff's Notice of Voluntary Dismissal (Doc. No. 2), it is **ORDERED** that Plaintiff's claims against Defendants are **DISMISSED** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). It is further **ORDERED** that the Clerk of Court shall close the case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.